AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hanks, George C. | U.S. District Court, Southern District of Texas | 05/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge-Active Status | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Uniteds States Courthouse
601 Rosenberg 6th Floor
Galveston, TX 77550

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors (Honorary) | Greater Houston Area Red Cross |
| 2. | Advisory Board Member | Judical Education Program George Mason University Law & Economics Center |
| 3. | Board of Directors | College of the State Bar of Texas |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | United Airlines,wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Institute for Trial Advocacy | 1/27/2018-1/31/2018 | New Orleans, Louisiana | Teach at Trial Advocacy Program | transportation, meals, lodging |
| 2. | Sedona Conference on E-discovery | 5/2/2018-5/4/2018 | Nashville, Tennessee | Teach at E-Discovery Program | transportation, meals, lodging |
| 3. | Lousiana State University School of Law | 8/05/2017-8/8/2017 | Baton Rouge, Louisiana | Teach at Trial Advocacy Program | meals, lodging |
| 4. | Louisiana State Bar | 6/3/2018-6/4/2018 | Destin, Florida | Teach at State Bar Program | transportation, meals, lodging |
| 5. | Emory University Law School | 5/6/2018-5/11/2018 | Atlanta, Georgia | Teach at Trial Advocacy Program | tramsportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanks, George C. | 05/15/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | George Mason University Law & Economics Center | 5/20/2018-5/22/2018 | Arlington, Virginia | Attend Advisory Board Meeting | meals, lodging |
| 7. | Duke University School of Law | 6/20/2018-6/22/2018 | Denver, Colorado | Teach at MDL Program | transportation, meals, lodging |
| 8. | Sandpiper Partners, LLC | 9/13/2018-9/14/2018 | Dallas, Texas | Teach at Patents and Trademark /Discovery Program | transportation, meals, lodging |
| 9. | NYU School of Law Civil Jury Project | 10/18/2018-10/19/2018 | New York, New York | Attend Jury Innovations CJE Program | transportation, meals, lodging |
| 10. | American Bar Association | 11/7/2018-11/10/2018 | San Franciso, California | Attend and Teach at Employment Law CLE Program | transportation, meals, lodging |
| 11. | George Mason University Law & Economics Center | 11/11/2018-11/15/2018 | New Orleans, Louisiana | Attend CJE Program | transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanks, George C. | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanks, George C. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Texas Employee Retirement System | B | Interest | M | T | | | | | |
| 2. Wells Fargo Savings Account | A | Interest | K | T | | | | | |
| 3. Protective Life Insurance | A | Interest | J | T | | | | | |
| 4. Continental 401K Savings Plan | A | Int./Div. | J | T | | | | | |
| 5. -Black Rock Global Allocation Fund | A | Int./Div. | J | T | | | | | |
| 6. -Black Rock Large Cap Core Fund | A | Int./Div. | J | T | | | | | |
| 7. -PIMCO All Asset Fund | A | Int./Div. | J | T | | | | | |
| 8. -Sands Large Cap Growth Fund | A | Int./Div. | J | T | | | | | |
| 9. -Thornburg International Equity Fund | A | Int./Div. | J | T | | | | | |
| 10. -Wellington Trust Total Return Portfolio | A | Int./Div. | J | T | | | | | |
| 11. -Wellington Trust-Unconstrained Themes Portfolio | A | Int./Div. | J | T | | | | | |
| 12. -Westwood Large Cap Value Fund | A | Int./Div. | J | T | | | | | |
| 13. -Westwood SMidCap Fund | A | Int./Div. | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanks, George C. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Hanks, George C. | 05/15/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George C. Hanks**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544